# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ETHAN DOUANGDET,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2940

_____

December 5, 2025

Appeal from the County Court for Pinellas County; Brett Szematowicz, Judge.

Blair Allen, Public Defender, and Caroline Joan S. Picart, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tayna Alexander, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

LUCAS, C.J., and KELLY and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.